IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| STANLEY J. SEGAL | : | CIVIL ACTION NO. 15-1938 |
| | : | |
| DEBTOR. | : | |
| _____ | : | |
| | : | |
| ROBERT H. HOLBER, IN HIS | : | |
| CAPACITY AS CHAPTER 7 TRUSTEE | : | |
| OF THE BANKRUPTCY ESTATE | : | |
| OF STANLEY SEGAL, DEBTOR | : | |
| | : | |
| PLAINTIFF, | : | CHAPTER 7 |
| | : | BANKRUPTCY NO. 10-16822-SR |
| v. | : | |
| | : | ADVERSARY |
| STANLEY SEGAL, | : | PROCEEDING NO. 14-00504-SR |
| | : | |
| DEFENDANT. | : | |

## [PROPOSED] ORDER

**AND NOW,** this ___ day of _____, 2015, upon consideration of the Appeal of the April 1, 2015 Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania filed by Defendant, Stanley Segal, and the Opposition thereto filed by Plaintiff, Robert H. Holber, In His Capacity as Chapter 7 Trustee of the Bankruptcy Estate of Stanley Segal, it is hereby **ORDERED** that the Appeal is **DENIED** and that the April 1, 2015 Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania is hereby **AFFIRMED**.

1

2

                    **BY THE COURT:**

                    _____

                    Juan R. Sanchez,  J.