IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| | : | |
| STANLEY J. SEGAL, | : | No. 15-1938 |
| | : | |
| Debtor | : | |
| | : | |
| ROBERT H. HOLBER, | : | Bankruptcy No. 10-16822 |
| *IN HIS CAPACITY AS CHAPTER 7* | : | |
| *TRUSTEE OF THE BANKRUPTCY ESTATE* | : | Adversary No. 14-504 |
| *OF STANLEY SEGAL, DEBTOR*, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STANLEY J. SEGAL, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 31st day of March, 2016, for the reasons set forth in the accompanying Memorandum, it is ORDERED the April 1, 2015, Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania is AFFIRMED.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, J.